Commonwealth ex rel. Harris, Appellant, *v.* Cavell.

Submitted April 10, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Kenneth W. Harris,* appellant, in propria persona.

*Glenn R. Toothman, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, June 15, 1961:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge HOOK, as reported in 24 Pa. D. & C. 2d 124.